IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID JOHNSON                                                                PETITIONER
ADC #153055

No. 5:14-cv-250-DPM-JTK

RAY HOBBS, Director, ADC                                                     RESPONDENT

ORDER

On *de novo* review, the Court adopts the opposed recommendation as modified, № 7, and overrules Johnson's objection as supplemented, № 8 & 9. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Note). The one-year limitations period began on 26 September 2012 and ran before Johnson filed his petition. *Gonzales v. Thaler*, 131 S. Ct. 641, 656 (2012); *Camacho v. Hobbs*, 774 F.3d 931, 934–35 (8th Cir. 2015). No certificate of appealability will issue because Johnson hasn't made a substantial showing about the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 February 2015