## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DAVID JOHNSON                                                    PETITIONER
ADC #153055

No. 5:14-cv-250-DPM

RAY HOBBS, Director, ADC                                       RESPONDENT

## JUDGMENT

Johnson's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2015